IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROKU INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ACCESS ADVANCE LLC, DOLBY LABORATORIES, INC. (Delaware), DOLBY LABORATORIES, INC. (California), DOLBY INTERNATIONAL AB, DOLBY LABORATORIES LICENSING CORPORATION, DOLBY VIDEO COMPRESSION, LLC f/k/a GE VIDEO COMPRESSION, LLC, and SUN PATENT TRUST, <br><br> *Defendants*. | Case No. 1:24-cv-13217-RGS <br><br> **ORAL ARGUMENT REQUESTED** |

## **DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY**

Defendants Access Advance LLC, Dolby Laboratories, Inc. (Delaware), Dolby Laboratories, Inc. (California), Dolby International AB, Dolby Laboratories Licensing Corp., and Dolby Video Compression, and Sun Patent Trust (collectively, "Defendants"), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(2), 28 U.S.C § 2201(a), and the doctrine of *forum non conveniens* hereby move the Court to dismiss the First Amended Complaint. In the alternative, Defendants request that this Court stay this case. In support of this Motion, the attention of the Court is respectfully directed to Memorandum of Law in Support of Defendants' Motion to Dismiss or, in the Alternative to Stay, and to any additional arguments to be properly presented in support of the requested relief in this motion.

WHEREFORE, Defendants respectfully request that the Court GRANT Defendants' Motion to Dismiss or, in the Alternative, to Stay.

# **REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request an oral argument on its Motion to Dismiss or, in the Alternative, to Stay.

Respectfully submitted,

Defendants Access Advance LLC, Dolby Laboratories, Inc. (Delaware), Dolby Laboratories, Inc. (California), Dolby International AB, Dolby Laboratories Licensing Corp., Dolby Video Compression, and Sun Patent Trust.

By their counsel,

By: */s/ Andrew T. O'Connor*
Richard M. Zielinski (BBO # 540060)
Andrew T. O'Connor (BBO # 664811)
Goulston & Storrs PC
One Post Office Square
Boston, MA 02109
Telephone: (617) 574-4029
Fax: (617) 574-7664
rzielinski@goulstonstorrs.com
aoconnor@goulstonstorrs.com

*and*

**SULLIVAN & CROMWELL LLP**
Garrard R. Beeney (*pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
beeneyg@sullcrom.com

Andrei Iancu (*pro hac vice*)
Brittany S. Bruns (*pro hac vice*)
1700 New York Avenue, N.W. Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
brunsb@sullcrom.com
iancua@sullcrom.com

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel for defendants conferred with counsel for plaintiff to narrow the issues in this motion, who confirmed that plaintiff opposes this motion.

                                         */s/ Andrew T. O'Connor*
                                         Andrew T. O'Connor

## CERTIFICATE OF SERVICE

I hereby certify that, on March 20, 2025, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

                                           */s/ Andrew T. O'Connor*
                                         Andrew T. O'Connor

4932-7730-8204, v. 1