## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Roku, Inc.**
     Plaintiff

V.

CIVIL ACTION

NO. **1:24-cv-13217-RGS**

**Access Advance LLC et al**
     Defendants

### ORDER OF DISMISSAL

Stearns, D. J.

    In accordance with the Court's Order entered July 22, 2025 [Doc. No. 52] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

7/22/2025
Date

/s/ Jacqueline Martin
Deputy Clerk